THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES D. CARLTON, Appellant.

Submitted December 13, 2010; decided February 22, 2011

Motion for leave to appeal denied upon the ground that an appeal lies as of right (*see* CPLR 5601 [a]).

IDELFONSO RIVERA, SR., et al., Appellants, v CITY OF NEW YORK et al., Respondents.

Submitted January 3, 2011; decided February 22, 2011

Motion for leave to appeal dismissed as untimely. The prior motion for leave to appeal made to the Appellate Division was untimely (*see* Karger, Powers of the New York Court of Appeals § 12:3, at 436-437 [3d ed rev]).

In the Matter of MARTIN S. STREIT, a Suspended Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted January 18, 2011; decided February 22, 2011

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

In the Matter of INJAH TAFARI, Appellant, v DONALD SELSKY, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted December 20, 2010; decided February 22, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.